# Document Not Imaged

**The paper document is available in the Clerk's Office Files Department**